IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02416-WYD-MJW

FOUNTAINHEAD ENTERTAINMENT, INC., a Delaware corporation,

    Plaintiff(s),

v.

BUCK 50 PRODUCTIONS, LLC, a Delaware limited liability company;
MARVIS JOHNSON;
NORMAN "STORM" BELL;
PURFEKT STORM, a New Jersey sole proprietorship;
JILLYBEAN PRODUCTIONS, LLC, a Delaware limited liability company
ADIEL ESHKINAZI;
JILL FOOTE;
DAHLIA JOHNSON; and
MARLON WAYANS,

    Defendant(s).

---

**ORDER GRANTING SHERMAN & HOWARD L.L.C. AND PETER CAL'S MOTION FOR ORDER AUTHORIZING WITHDRAWAL AS ATTORNEYS FOR BUCK 50, PURFEK STORM AND NORMAN BELL**
( Docket No. 19 )

---

THE COURT has considered the Motion of Sherman & Howard L.L.C. and Peter A. Cal for Order Authorizing Withdrawal as Attorneys for Buck 50, Purfek Storm, and Norman Bell (the "Motion") and is advised in the premises. The Court hereby finds that good cause has been shown for the withdrawal requested in the Motion. Accordingly, the Court hereby ORDERS that

    1.    The Motion is GRANTED.

    2.    Sherman & Howard L.L.C. and Peter A. Cal's withdrawal as attorneys for Buck 50 Productions, LLC, Purfek Storm and Normal Bell is hereby effective.

DATED: January 24, 2006

BY THE COURT:

MICHAEL J. WATANABE
United States Magistrate Judge