IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02416-WYD-MJW

FOUNTAINHEAD ENTERTAINMENT, INC.,

Plaintiff(s),

v.

BUCK 50 PRODUCTIONS, LLC, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Motion to Amend Complaint, filed with the Court on January 12, 2006 (DN 16), is GRANTED. The plaintiff shall **file** the tendered Amended Complaint and Jury Demand with the Court on or before February 16, 2006.

Date: February 9, 2006