IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02416-WYD-MJW

FOUNTAINHEAD ENTERTAINMENT, INC., a Delaware corporation,

    Plaintiff(s),

v.

BUCK 50 PRODUCTIONS, LLC, a Delaware limited liability company;
MARVIS JOHNSON;
NORMAN "STORM" BELL;
PURFEKT STORM, a New Jersey sole proprietorship;
JILLYBEAN PRODUCTIONS, LLC, a Delaware limited liability company;
ADIEL ESHKINAZI;
JILL FOOTE;
DAHLIA JOHNSON; and
MARLON WAYANS,

    Defendant(s).

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Dismiss, filed February 15, 2006.  The Motion states that the parties to this action have come to a complete settlement regarding all issues in this matter, and seek dismissal of this action with prejudice.  Upon review of the Motion and the file herein, it is hereby

ORDERED that the Unopposed Motion to Dismiss is **GRANTED**.  It is

FURTHER ORDERED that the within action is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorneys' fees.

Dated: February 16, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge